UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK M. GREENBERG,

        Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and ARROW ELECTRONICS,
        Defendant(s).

No. C 08-03240

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 28, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Adrienne C. Publicover
Signature Adrienne C. Publicover

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")
LIFE INSURANCE COMPANY OF NORTH AMERICA and ARROW ELECTRONICS

**CERTIFICATE OF SERVICE**
*Rick M. Greenberg v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03240 HRL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ ____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Rick M. Greenberg
12200 Country Squire Lane
Saratoga, CA  95070
Tel:    (408) 483-4367
Fax:    (408) 253-7286

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 28, 2008**, at San Francisco, California.

_____
Nancy Li

---

CERTIFICATE OF SERVICE
USDC NDCA Case # CV08-03240 HRL
366449.1