1  ADRIENNE C. PUBLICOVER (SBN 161432)
   LAWRENCE J. ROSE (SBN 129511)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA AND
7  ARROW ELECTRONICS

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 RICK M. GREENBURG,              )   CASE NO.   CV08-03240 HRL
                                    )
15         Plaintiff,               )   **[REQUEST FOR REASSIGNMENT**
                                    )   **TO UNITED STATES DISTRICT**
16     v.                           )   **JUDGE PENDING]**
                                    )
17 LIFE INSURANCE COMPANY           )   **NOTICE OF MOTION AND MOTION**
   OF NORTH AMERICA and ARROW       )   **TO STRIKE PLAINTIFF'S**
18 ELECTRONICS,                     )   **IMPROPER DAMAGES CLAIMS**
                                    )   **AND DEMAND FOR JURY TRIAL**
19         Defendants.              )
                                    )   **[FRCP 12(f)]**
20                                  )
                                    )   Date:      September 2, 2008
21                                  )   Time:      10:00 a.m.
                                    )   Location:  San Jose Division
22                                  )   Judge:     Hon. Harold R. Lloyd
                                    )
23                                  )   **Accompanying Documents**
                                    )   1.   Memorandum of Points and
24                                  )        Authorities In Support Of Motion
                                    )        To Strike Plaintiff's Improper
25                                  )        Damages Claims and Demand For
                                    )        Jury Trial; and
26                                  )   2.   [Proposed] Order
                                    )
27 _____

28           NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S
        IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL [FRCP 12(F)]
   USDC NDCA Case # CV08-03240 HRL
   366434.1

**TO PLAINTIFF RICK M. GREENBERG,** *in pro per*:

**PLEASE TAKE NOTICE THAT ON** on September 2, 2008, or a date to be determined following the reassignment of this matter to a United States District Judge, the Defendants Life Insurance Company of North America and Arrow Electronics (hereinafter "Defendants") will and hereby do move the Court for an order striking immaterial and impertinent matters from the complaint, consisting of plaintiff's prayers for consequential and punitive damages, and plaintiff's purported demand for a jury trial.

As grounds therefor, Defendants state that, as a matter of law, no such damages are available, and no right to a jury obtains, in this ERISA action. These references, therefore, should be stricken now, to avoid confusion and the possibility of disputes as this matter proceeds.

Dated: July 28, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Adrienne C. Publicover*
ADRIENNE C. PUBLICOVER
LAWRENCE J. ROSE
Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA and ARROW ELECTRIC

---

1
NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S
IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL [FRCP 12(F)]
USDC NDCA Case # CV08-03240 HRL
366434.1

## CERTIFICATE OF SERVICE
*Rick M. Greenberg v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03240 HRL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→       : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Rick M. Greenberg
12200 Country Squire Lane
Saratoga, CA  95070
Tel:   (408) 483-4367
Fax:   (408) 253-7286

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 28, 2008**, at San Francisco, California.

_____
Nancy Li

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICK M. GREENBURG, | ) | CASE NO.   CV08-03240 HRL |
|---|---|---|
| Plaintiff, | ) | **[REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE PENDING]** |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and ARROW ELECTRONICS, | ) | **[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE  PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |
| | ) | **[FRCP 12(f)]** |
| | ) | Date:      September 2, 2008<br>Time:      10:00 a.m.<br>Location:  San Jose Division<br>Judge:     Hon. Harold R. Lloyd |

The Motion of Defendants Life Insurance Company of North America and Arrow Electronics (hereinafter "Defendants") to strike plaintiff's prayers for consequential and punitive damages, and plaintiff's purported demand for a jury trial came on regularly for hearing pursuant to proper notice on [September 2, 2008] before _____.

---

1

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL [FRCP 12(F)]**
USDC NDCA Case # CV08-03240 HRL
366444.1

1  Lawrence J. Rose, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker LLP appeared for
2  Defendants, and Plaintiff Rick M. Greenberg appeared *in pro per*.

3  On review the parties' written submissions and their oral argument at the hearing of this
4  matter, and good cause appearing, the Court hereby GRANTS Defendants' motion to strike
5  Plaintiff's prayers for consequential and punitive damages and demand for jury trial.

6  ERISA preempts all common law claims that seek any forms of relief beyond that
7  provided by the statute itself. *Aetna Health Inc. v. Davila*, 542 U.S. 200, 209, 124 S.Ct. 2488,
8  2495 (2004); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 95 L.Ed.2d 39 (1987).
9  "Extracontractual, compensatory and punitive damages are not available under ERISA." *Bast v.*
10 *Prudential Ins. Co.,* 150 F.3d 1003, 1009 (9th Cir. 1998).  The only remedies to which plaintiff
11 might ever be entitled are an award past due benefits and, in appropriate cases, a declaration "to
12 clarify his rights to future benefits under the terms of the plan." 29 U.S.C. §1132(a)(1)(B).
13 Plaintiff's prayers for extra-contractual and punitive damages, therefore, are legally defective.

14 Moreover, there is no right to a jury trial in ERISA matters. *Ingram v. Martin Marietta*
15 *Long Term Disability Income Plan*, 244 F.3d 1109, 1114 (9th Cir. 2001); *Blau v. Del Monte*
16 *Corp.*, 748 F.2d 1348, 1356 (9th Cir. 1984).  The reference to a jury trial on the face of the
17 complaint, therefore, is also legally defective.

18 The Court construes the plaintiff's complaint as a claim for benefits pursuant to 29
19 U.S.C. § 1132(a)(1)(B). The statement, "DEMAND FOR JURY TRIAL," appearing on the
20 first page of the complaint is hereby stricken.  The plaintiff's prayers for relief 2 and 3 are
21 hereby stricken.  Defendants, having declined to file a motion under Rule 12(b), are hereby
22 ordered to answer plaintiff's complaint within fifteen days of the date of this Order.

23 IT IS SO ORDERED.

25 Dated:_____        By:_____
26                                   UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL [FRCP 12(F)]
USDC NDCA Case # CV08-03240 HRL
366444.1

# CERTIFICATE OF SERVICE
*Rick M. Greenberg v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03240 HRL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→       : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Rick M. Greenberg
12200 Country Squire Lane
Saratoga, CA  95070
Tel:    (408) 483-4367
Fax:    (408) 253-7286

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 28, 2008**, at San Francisco, California.

_____
Nancy Li

---

3
**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL [FRCP 12(F)]**
USDC NDCA Case # CV08-03240 HRL
366444.1