UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rick M Greenberg,<br><br>    Plaintiff,<br><br> v.<br><br>Life Insurance Company of North America, and Arrow Electronics,<br><br>    Defendants.                            / | No. C08-03240<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 28, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **November 10, 2008  at 10:00 a.m.**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on November 3, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: July 29, 2008                              RICHARD W. WIEKING, Clerk
                                                          United States District Court

                                                          /s/*Patty Cromwell*
                                                          By: Patty Cromwell
                                                          Courtroom Deputy Clerk for
                                                          Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Adrienne Clare Publicover     Adrienne.Publicover@WilsonElser.com,

4  Charan.Higbee@WilsonElser.com, Nancy.Li@WilsonElser.com

Rick M Greenberg
12200 Country Squire Lane
Saratoga, CA 95070