Clear Form

AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

**FILED**

# UNITED STATES DISTRICT COURT
for the

2008 AUG -6  P 2: 34

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

RICK M GREENBERG )
)
Plaintiff )
)
LIFE INSURANCE COMPANY OF )
NORTH AMERICA )
12225 GREENVILLE AVE, STE 1000 )
DALLAS TX 75243 )
Defendant )

ADR

Civil Action No.

# C08  03240

HRL

**Summons in a Civil Action**

To:  LIFE INSURANCE COMPANY OF NORTH AMERICA

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____JUL 0 3 2008_____

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Life Insurance Company of America by delivering to Sandra Scott, Sr Claims Manager on 7-24-08 @ 2:35 p.m.*

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
     who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     *Sandra Scott, Sr. Claims Manager* _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  7-24-08

_____
Server's signature

*Darla Gray - Process Server SCH2010*
Printed name and title

*3464 Corona Dr, Garland, TX 75044*
Server's address