# CERTIFICATE OF SERVICE

**FILED**
2008 AUG -6 PM 2: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Rick M. Greenberg v. Life Insurance Company of North America, et al.

USDC NDCA Case #CV08-03240 JW

I, the undersigned, hereby certify that I am the Plaintiff Pro Se in the above listed case.

On August 6, 2008, I SERVED a true and correct copy of the following document(s):

RESPONSE TO MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL

by delivering said document(s) to a representative of the office of the attorney(s) for the defense, at the address listed below, in a sealed envelope, to the attention of the attorney(s) of record, regarding the above listed case.

ADRIENNE C. PUBLICOVER (SBN 161432)
LAWRENCE J. ROSE (SBN 129511)
WILSON, ELSER, MOSKOWITZ
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY
OF NORTH AMERICA AND
ARROW ELECTRONICS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on August 6, 2008, at San Francisco, California

_____
Rick M. Greenberg