Rick M. Greenberg
12200 Country Squire Lane
Saratoga, California 95070
(408)483-4367
(408)253-7286 (FAX upon request)

Plaintiff Pro Se

RECEIVED
2008 AUG 12 PM 3:
RICHARD W. WIEKIN
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICK M GREENBERG<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and ARROW ELECTRONICS<br><br>Defendants. | CASE NO.   CV08-03240 JW<br><br>[PROPOSED] ORDER ON [MOTION TO STRIKE TO PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL] [FCRP 12 (f)]<br><br>Date:       September 2, 2008<br>Time:       10:00 a.m.<br>Location:   San Jose Division<br>Judge:      Hon. Harold R. Lloyd |

The Motion of Defendants Life Insurance Company of North America and Arrow Electronics to strike plaintiff's prayers for relief and demand for jury trial came on this day [September 2, 2008] before _____.

Lawrence J. rose, Esq., Wilson, Elser, Moskowitz, Edelman & dicker LLP appeared for the defendants, and Plaintiff Rick M. Greenberg appeared in pro per.

---

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL**

On review of the parties' written submissions and their oral argument at the hearing of this matter, and with lack of good cause, and in the presence procedural irregularities, the Court hereby DENIES defendant Life Insurance Company of North America's and defendant Arrow Electronics's motion to strike plaintiff's prayers for relief.

The Court hereby acknowledges plaintiff's waiving DEMAND FOR JURY TRIAL, and this case will proceed without a jury trial.

IT IS SO ORDERED.

Dated: _____                By: _____
                                      UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S IMPROPER DAMAGES CLAIMS AND DEMAND FOR JURY TRIAL**