1   ADRIENNE C. PUBLICOVER  (SBN 161432)
    LAWRENCE J. ROSE (SBN 129511)
2   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, California  94105
4   Tel:   (415) 433-0990
    Fax:   (415) 434-1370
5
    Attorneys for Defendants
6   LIFE INSURANCE COMPANY
    OF NORTH AMERICA AND
7   ARROW ELECTRONICS
8
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN JOSE DIVISION
13
14   RICK M. GREENBURG,                )   CASE NO.    CV08-03240 JW
                                       )
15           Plaintiff,                )
                                       )   **RE-NOTICE OF MOTION**
16       v.                            )   **FOLLOWING REASSIGNMENT TO**
                                       )   **DISTRICT JUDGE**
17   LIFE INSURANCE COMPANY            )
     OF NORTH AMERICA and ARROW        )
18   ELECTRONICS,                      )   New Date:        September 15, 2008
                                       )   New Time:        9:00 a.m.
19           Defendants.               )   Location:        San Jose Division
                                       )   Judge:           Hon. James Ware
20                                     )
                                       )
21                                     )
22       **TO PLAINTIFF RICK M. GREENBERG,** *in pro per*:

23       **PLEASE TAKE NOTICE THAT** the hearing on the Defendants' motion to strike the

24   plaintiff's prayers for consequential and punitive damages, and plaintiff's purported demand for

25   a jury trial, originally set for September 2, 2008, has been re-scheduled for **Monday,**

26   **September 15, 2008, at 9:00 a.m.,** before United States District Judge James Ware.

27

28

1        This change in the schedule for this motion is necessitated by the reassignment of this

2    matter to a United States District Judge.

3

4    Dated: August 14, 2008                              WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP

5

6                                          By:___/s/ Adrienne C. Publicover_____
                                                ADRIENNE C. PUBLICOVER
7                                               LAWRENCE J. ROSE
                                                Attorneys for Defendants
8                                               LIFE INSURANCE COMPANY OF
                                                NORTH AMERICA and ARROW ELECTRIC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

**RE-NOTICE OF MOTION FOLLOWING REASSIGNMENT TO DISTRICT JUDGE**

1

## CERTIFICATE OF SERVICE
*Rick M. Greenberg v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03240 JW*

2

3      I am over the age of eighteen years and am not a party to the within cause. I am
employed in the City and County of San Francisco, California and my business address are 525
4      Market Street, 17th Floor, and San Francisco, California 94105-2725.

5      On this date I served the following document(s):

6   **RE-NOTICE OF MOTION FOLLOWING REASSIGNMENT TO DISTRICT JUDGE**

7   on the part(y)(ies) identified below, through their attorneys of record, by placing true copies
thereof in sealed envelopes addressed as shown below by the following means of service:

8

→    :  **By First Class Mail** -- I caused each such envelope, with first class postage thereon
9   fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,
California, for collection to the office of the addressee following ordinary business practices.

10

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger
11  who personally delivered each such envelope to the office of the address.

12  _____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail
service at San Francisco, California, to be hand delivered to the addressee on the next business
13  day.

14  _____: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules
of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

15

16  Rick M. Greenberg
12200 Country Squire Lane
Saratoga, CA  95070
17  Tel:    (408) 483-4367
Fax:    (408) 253-7286

18

19  *Plaintiff in Pro Per*

20      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct to the best of my knowledge.

21      EXECUTED on **August 14, 2008**, at San Francisco, California.

22

23                                                    Nancy Li

24

25

26

27

28
_____
2
**RE-NOTICE OF MOTION FOLLOWING REASSIGNMENT TO DISTRICT JUDGE**
USDC NDCA Case # CV08-03240 HRL
369649.1