**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M GREENBERG,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.,<br><br>　　　　　Defendant(s).<br>_____ / | No. C 08-03240 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendants' Motion to Strike Plaintiff's Improper Damages Claims and Demand for Jury Trial before Judge James Ware previously noticed for September 15, 2008 at 9:00 AM has been reset to **November 10, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Case Management Conference set for **November 10, 2008 at 10:00 AM** remains on calendar for the same day.

Dated: August 18, 2008

　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　by: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

**THIS HEREBY CERTIFIES THAT THE APPROPRIATE PARTIES HAVE BEEN NOTIFIED BY THE FOLLOWING MEANS:**

**Electronic Mail Notice List**

Adrienne Clare Publicover Adrienne.Publicover@WilsonElser.com, Nancy.Li@WilsonElser.com, Charan.Higbee@WilsonElser.com

**Manual Notice List**

Rick M Greenberg
12200 Country Squire Lane
Saratoga, CA 95070

Dated: August 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy

**United States District Court**
For the Northern District of California

2