AO 440 (Rev. 03/08) Civil Summons (cand 6/08)    [Clear Form]

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 AUG 29 P 2: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RICK M GREENBERG )
) ADR
)
Plaintiff )
v. ) Civil Action No.
ARROW ELECTRONICS )
50 MARCUS DRIVE ) C08 03240 JW
MELVILLE NY 11747 )
) HRL
Defendant )

**Summons in a Civil Action**

To: ARROW ELECTRONICS

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:



If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
Tiffany Salinas-Harwell

Date: JUL 0 3 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Arrow Electronics** by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Beatriz Sanjurjo - Corporation Counsel**; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

_____
Server's signature

**Katherine Weller**
Printed name and title

Date: _____

[Notary stamp: DIANNE GONZALEZ PRINGLE, Notary Public, State of New York, No. 01GO6025621, Qualified in Suffolk County, Commission Expires June 1, 20__]

7/28/08

_____
Server's address