\*E-FILED\*
May 20, 2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M. GREENBERG, | No. 5:08 CV 3240 JW |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND ARROW ELECTRONICS, INC., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated May 18, 2009, defendants Life Insurance Company of North America and Arrow Electronics, Inc., through their counsel, Lawrence J. Rose, requested that Annie Hong, a representative of Life Insurance Company of North America, be excused from personally appearing at the settlement conference scheduled for May 29, 2009. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Ms. Hong be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on May 29, 2009.

///

///

///

///

If the court concludes that Ms. Hong's absence is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated:  May 20, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**:

Adrienne Clare Publicover          Adrienne.Publicover@WilsonElser.com

Lawrence J. Rose                   lawrence.rose@wilsonelser.com

**AND A HARD COPY WAS PROVIDED VIA UNITED STATES MAIL TO:**

Rick M Greenberg
12200 Country Squire Lane
Saratoga, CA 95070

Dated: May 20, 2009

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              /s/ Chambers Staff