ADRIENNE C. PUBLICOVER (SBN #161432)
Email: adrienne.publicover@wilsonelser.com
LAWRENCE J. ROSE (SBN 129511)
Email: lawrence.rose@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market St., 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendant and Counterclaimant,
LIFE INSURANCE COMPANY OF NORTH AMERICA
and Defendant, ARROW ELECTRONICS, INC.


RICK M. GREENBERG
12200 County Squire Lane
Saratoga, CA 95070
Tel:    (408) 483-4367
Fax:    (408) 253-7286 (on request)

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK M. GREENBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and ARROW ELECTRONICES,<br><br>        Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No.:    CV08-03240 JW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON |

Plaintiff Rick M. Greenberg and Defendant and Counterclaimant, Life Insurance Company of North America and Defendant Arrow Electronics, Inc. (hereinafter collectively, "Defendants"), by and through Lawrence J. Rose, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of Defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein

shall be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a) and the parties' agreement to resolve the disputed claim. Each party is to bear its own fees and costs.

Date: June 8, 2009

RICK M. GREENBERG

By: _____
Plaintiff *Pro Se*

Date: JUNE 9, 2009

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Lawrence J. Rose
Attorneys for Defendant and Counterclaimant,
LIFE INSURANCE COMPANY OF NORTH AMERICA and Defendant, ARROW ELECTRONICS, INC.

### ORDER

The parties having stipulated that this entire action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.** The Court terminates all pending deadlines, hearing, and motions.

The clerk shall close this file.

Date: June 11, 2009

By: _____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE
*Rick M. Greenberg v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-03240 JW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

RICK M. GREENBERG
12200 County Squire Lane
Saratoga, CA 95070

*Plaintiff Pro Se*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on _June 10_, 2009, at San Francisco, California.

_____
Madelyn Morton